UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY JO SAAVEDRA, | CASE NO. 2:21-cv-01587-KJM-JDP |
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE CANADIAN DEFENDANTS |
| v. | |
| RIDDELL MACKEY, JEFFERY DEGROOT, and EAN HOLDINGS LLC, an Oklahoma limited liability company, and DOES 1 TO 25, inclusive, | |
| Defendants. | |

Upon consideration of plaintiff's Motion to Extend Time to Serve Canadian Defendants, and finding that good cause exists to extend the 90-day time period to serve defendants pursuant to FRCP 4(m), and that plaintiff consents to the dismissal of the defendants DOES 1 to 25 pursuant to FRCP 4(m), plaintiff's Motion to Extend Time To Serve Canadian Defendants is granted. Plaintiff shall now have until March 2, 2022 to serve the Canadian defendants. Defendants DOES 1 to 25 are dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 8, 2021.

                                                                    _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE