UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Jo Saavedra,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Riddell Mackey, et al.,<br><br>　　　　　　Defendants. | No. 2:21-cv-01587-KJM-JDP<br><br>ORDER |

   Plaintiff Mary Jo Saavedra moves, pursuant to Federal Rule of Civil Procedure 4(m), for a 100-day extension of time to serve Canadian defendants Riddell Mackey and Jeffrey Degroot. *See* Mot. at 1, ECF No. 12.  Good cause appearing, plaintiff's motion is **granted**.  Plaintiff shall serve the Canadian defendants on or before June 13, 2022.  The Status (Pretrial Scheduling) Conference set for March 24, 2022 is VACATED and RESET for September 8, 2022 at 2:30 PM, with the filing of a joint pretrial statement due fourteen (14) days prior.

   This order resolves ECF No. 12.

   IT IS SO ORDERED.

DATED:  March 14, 2022.

　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1