UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Jo Saavedra, | No. 2:21-cv-01587-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Riddell Mackey, et al., | |
| Defendants. | |

Upon consideration of plaintiff's Amended Third Motion to Extend Time To Serve Canadian Defendants, and finding that good cause exists to once again extend the time period to serve defendants pursuant to FRCP 4(m), plaintiff's Amended Third Motion to Extend Time To Serve Canadian Defendants is granted and plaintiff shall now have until September 16, 2022 to serve the Canadian defendants. The Status (Pretrial Scheduling) Conference is RESET for October 20, 2022, at 2:30 p.m., with the filing of a joint pretrial statement due 14 days prior.

IT IS SO ORDERED.

DATED: June 27, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1