UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Jo Saavedra, | No. 2:21-cv-01587-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Riddell Mackey, et al., | |
| Defendants. | |

The unopposed motion for an extension of time (ECF No. 21) is **granted** for good cause shown.  The deadline to complete service on defendant Mackey is extended to November 1, 2022. The court does not anticipated granting any further extensions of time absent a detailed showing of good cause.

The status (pretrial scheduling) conference currently set for October 20, 2022 is **vacated and reset for December 15, 2022 at 2:30 p.m.** before the undersigned, with a joint status report due 14 days prior.

IT IS SO ORDERED.

DATED: September 15, 2022.

CHIEF UNITED STATES DISTRICT JUDGE