UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Jo Saavedra,<br><br>            Plaintiff,<br><br>    v.<br><br>Riddell Mackey, et al.,<br><br>            Defendants. | No. 2:21-cv-01587-KJM-JDP<br><br>ORDER |

The motion for additional time to complete service (ECF No. 23) is **granted** with the understanding that defendant Mackey has now been personally served. The status (pretrial scheduling) conference previously set for December 15, 2022 is vacated and reset for **January 12, 2023 at 2:30 p.m., with a joint status report due 14 days prior.**

   IT IS SO ORDERED.

DATED: November 6, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1