UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Jo Saavedra, | No. 2:21-cv-01587-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Riddell Mackey, et al., | |
| Defendants. | |

The court previously referred this case back to the assigned magistrate judge for all further pretrial proceedings.  *See* Prior Order (Mar. 21, 2024) at 2, ECF No. 50.  This portion of that prior order is vacated.  All other provisions of the prior order remain in effect.

IT IS SO ORDERED.

DATED: June 10, 2024.

CHIEF UNITED STATES DISTRICT JUDGE